26376. WATSON *et al.* v. THOMPSON *et al.*

FELTON, J. Under the answer of the Supreme Court to the question certified to it by this court in this case (185 *Ga.* 402, 195 S. E. 190), the judge did not err in sustaining the general demurrer to the petition.

*Judgment affirmed. Stephens, P. J., and Sutton, J., concur.*

DECIDED FEBRUARY 5, 1938.

*Ryals, Anderson & Anderson,* for plaintiffs.
*H. F. Lawson,* for defendants.